## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DWAIN DALE NORSWORTHY,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD
COMPANY, a corporation,**

**Defendant.**                                             **No. 12-cv-131-DRH-PMF**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation for dismissal (Doc. 28). The parties stipulate and inform the Court that the case has settled. As a result, plaintiff voluntarily dismisses his complaint with prejudice with each party to pay its own costs. The Court acknowledges said stipulation for dismissal and accordingly **DISMISSES** plaintiff's claims **with prejudice**.   The Clerk is instructed to enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 19th day of December, 2012.

Digitally signed by
David R. Herndon
Date: 2012.12.19
17:02:13 -06'00'

**Chief Judge
United States District Court**