UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DWAIN DALE NORSWORTHY,**

Plaintiff,

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, a corporation,**

Defendant.                              No. 12-cv-131-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on a joint Stipulation of Dismissal filed by the parties on December 19, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 20, 2012, this case is **DISMISSED** with prejudice as to all Defendants. Each party to pay its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
            **Deputy Clerk**

Dated:   December 20, 2012

Digitally signed by
David R. Herndon
Date: 2012.12.20
09:43:49 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT